IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD EARL BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 07-cv-872-GPM |
| | ) |
| MIKE MURPH, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# JUDGMENT IN A CIVIL CASE

This action came before the Court for a preliminary screening of the complaint pursuant to 28 U.S.C. § 1915A. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** this action is dismissed as legally frivolous. Dismissal is with prejudice. Judgment is entered in favor of Defendants and against Plaintiff. Plaintiff shall take nothing from this action.

**DATED**: 5/19/08

NORBERT G. JAWORSKI, CLERK

By: Linda M. McGovern

Deputy Clerk

APPROVED: s/ G. Patrick Murphy
　　　　　　　G. Patrick Murphy
　　　　　　　United States District Judge